

FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RODOLFO ANTHONY RUANO DEFENDANT(S). | CASE NUMBER 5:25-mj-00570-DUTY ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>the Court</u>, IT IS ORDERED that a detention hearing is set for <u>September 12</u>, <u>2025</u>, at <u>1:30</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Brianna Mircheff</u>, in Courtroom <u>640</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>September 11, 2025</u>

U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                     Page 1 of 1